FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'16 APR 29 AM 11:42

CLERK
            SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY V. SANDERS, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV415-324
 ) CR410-162
UNITED STATES OF AMERICA, )
 )
    Respondent. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which Petitioner has filed an objection (Doc. 5). After careful review of the record in this case, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA